# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ELIZABETH ANDERSON,** | }
| | }
| **Plaintiff,** | }
| | }
| v. | } Case No.: 2:23-cv-00315-MHH
| | }
| **AIRSHIP, LLC,** *et al.*, | }
| | }
| **Defendants.** | }

## CLERK'S MINUTE ENTRY
## *PRO TANTO* DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Ms. Anderson and defendant Unosquare, LLC have jointly stipulated to the pro tanto dismissal of Ms. Anderson's claims against Unosquare with prejudice and with each party bearing its own costs. (Doc. 15).

Accordingly, the Clerk of the Court shall please terminate Unosquare, LLC as a party in this action.

Ms. Anderson's claims against Airship, LLC shall proceed.

**DONE** and **ORDERED** this September 7, 2023.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE

Case 2:23-cv-00315-MHH    Document 17    Filed 09/07/23    Page 2 of 2