# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH ANDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. |
| AIRSHIP, LLC, and | ) 2:23-cv-00315-MHH |
| UNOSQUARE, LLC, | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Elizabeth Anderson and Defendant Airship, LLC ("Airship"), now Gratus, LLC, by and through their counsel of record, and jointly stipulate to the dismissal of all claims in this matter with prejudice pursuant to *Fed. R. Civ. P.* (41)(a)(1), with each party to bear her or its own costs.

All counsel noted below have reviewed this document and have consented to its electronic filing.

**Respectfully submitted this the 13th day of October 2023.**

*/s/ Heather Leonard*
Heather Leonard, PC [ASB-1152-O61H]

Devereux Circle, Suite 111
Birmingham, Alabama 35243
(205) 977-5421
Heather@heatherleonardpc.com
*Attorney for Plaintiff*

*/s/ Margaret Loveman*
**Margaret Loveman [ASB-6775-E60H]**
**Margaret.Loveman@butlersnow.com**
*Counsel for Defendant Airship, LLC*

**OF COUNSEL:**
**BUTLER SNOW LLP**
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203
Telephone: (205) 297-2200

**David Block [ASB-1641-D00P]**
**David.Block@butlersnow.com**
**Reave Shewmake [ASB-5098-K62D]**
**Reave.Shewmake@butlersnow.com**
*Counsel for Defendant Airship, LLC*

**OF COUNSEL:**
**BUTLER SNOW LLP**
200 West Side Square, Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all parties to this action by e-file using the Court's CM/ECF system:

>Heather Leonard
>Heather Leonard, PC
>Devereux Circle, Suite 111
>Birmingham, Alabama 35243

Done this the 13th day of October, 2023.

/s/ *Margaret Loveman*
**Of Counsel**